FILED
US DISTRICT COURT

2006 JUN 20  P 2: 06

DISTRICT OF UTAH

BY: _____
     DEPUTY CLERK

Daniel W. Anderson, A0080
Bradley L. Tilt, A7649
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street, Twelfth Floor
P.O. Box 510210
Salt Lake City, Utah 84151-0210
Telephone:   (801) 531-8900

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation; and STANFORD L. KURLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>ARBITRATION ALLIANCE INTERNATIONAL, LLC, a Utah limited liability company; WINSTON SHROUT; NICKOLAS Wm. BIRD; REBECCA NELSON; DARREN KEHAU KAMALU; ERNELL NOELANI KAMALU; JOHN DOE 1 through 10; and JANE DOE 1 through 10,<br><br>Defendants. | **JUDGMENT AGAINST ARBITRATION ALLIANCE INTERNATIONAL, LLC, WINSTON SHROUT, NICKOLAS Wm. BIRD, and REBECCA NELSON**<br><br>Civil No. 2:04CV00152 TS<br><br>District Judge Ted Stewart<br>Magistrate Judge Brooke C. Wells |

The above-captioned action came before the Court on Plaintiffs' "Motion for Entry of Judgment Pursuant to Court's Prior Order" ("**Plaintiffs' Motion**"). The Court, having reviewed Plaintiffs' Motion, and all other pleadings and papers on file herein, having entered on March 3,

374719_1

2006 its "Memorandum Decision and Order Resolving All Pending Motions" (the "**Prior Order**"), being duly informed in the premises, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is hereby entered against Defendants Arbitration Alliance International, LLC, Winston Shrout, Nickolas Wm. Bird, and Rebecca Nelson, and each of them, jointly and severally, and in favor of Plaintiffs in the principal sum of $47,419.24, being the amount of Plaintiffs' costs and attorneys fees herein through and including April 30, 2005, as previously shown herein by affidavit filed with and in support of Plaintiffs' prior motion that is the subject of the Court's Prior Order, which amount shall bear interest from and after the date of entry of this judgment in the Court's file for this case at the rate permitted under 28 USCA § 1961.

2. This judgment may be augmented in the amount of attorneys fees and costs incurred by Plaintiffs on and after April 30, 2005, as may be shown by affidavit.

3. The Court reserves for future determination the amount of punitive damages, if any, to be awarded herein.

DATED this 20th day of June, 2006.

BY THE COURT

_____
Ted Stewart
District Court Judge